**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**20 Vesey Street**
**Suite 400**
**New York, New York 10007**
**Tel: 212-941-9940**
Thomasdunnlaw@aol.com

**By ECF & email**                                September 14, 2023

Honorable John G. Koeltl
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
9/15/23

Re: *United States v. Diamante Perry*,
    23 Cr. 471 (JGK)

Dear Judge Koeltl:

    I write to request permission for my client, Diamante Perry, to travel on November 19th to make an appearance in a criminal case that he has pending in Pennsylvania. As part of Mr. Perry's bail conditions, he has a curfew subject to electronic monitoring. I request that he be permitted to leave his home by 5:00 a.m. to arrive on time at the courthouse. The time necessary to leave is within the period he is required to be at home. He expects to return home from Pennsylvania before his 10:00 p.m. curfew.

    Assistant U.S. Attorney Chelsea Scism advised she defers to U. S. Pretrial Services concerning this request. Pretrial Officer Steven Boose advised that he has no objection to this request.

Respectfully yours,
`/s/
Thomas F.X. Dunn

Cc: Chelsea Scism, Esq.
    Assistant U.S. Attorney
    (By ECF & email)

    Steven Boose
    U.S. Pretrial Officer
    (by email)