UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

               -against-                                                     23 cr 471 (JGK)

DIAMANTE PERRY,                                                     **ORDER**
                           Defendant.
-----------------------------------------------------------------X

       Bail for the defendant is modified; the defendant's curfew shall be between the hours of 10:00pm to 5:00am. Any adjustments to the defendant's curfew within the aforementioned hours shall be at the discretion of Pretrial Services.

**SO ORDERED.**

                                                                      **JOHN G. KOELTL**
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 7, 2023