**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**20 Vesey Street**
**Suite 400**
**New York, New York 10007**
**Tel: 212-941-9940**
**Thomasdunnlaw@aol.com**

**By Email & ECF**                                                                                          January 8, 2024

Honorable John G. Koeltl
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

> *Adjourned to Wednesday, February 14, 2024, at 11:30AM.*
> *So Ordered.*
> *1/8/24* /s/ John G. Koeltl
>                              U.S.D.J.

Re: *United States v. Diamante Perry*,
23 Cr. 471 (JGK)

Dear Judge Koeltl:

I write to request an adjournment of the sentence of my client, Diamante Perry, scheduled for January 17th. This past Friday I completed a trial that commenced on November 27th. I failed to submit my sentencing memorandum and thus request an adjournment until mid or late February. I am unavailable on February 15th, 22nd and 29th.

Assistant U.S. Attorney Chelsea L. Chism advised that she has no objection to this request.

This is my first request for an adjournment.

Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

Cc: Chelsea Scism, Esq.
    Assistant U.S. Attorney
    (By ECF & email)