**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**20 Vesey Street**
**Suite 400**
**New York, New York 10007**
**Tel: 212-941-9940**
**Thomasdunnlaw@aol.com**

**By Email & ECF**                                              February 2, 2024

Honorable John G. Koeltl
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

      Re: *United States v. Diamante Perry,*
          23 Cr. 471 (JGK)

**APPLICATION GRANTED**
**SO ORDERED**

/s/ John G. Koeltl, U.S.D.J.
2/2/24

Dear Judge Koeltl:

      I write to request an extension of time to submit my sentencing letter on behalf of my client. My submission was due on January 31st and I failed to submit it. I have no excuse for missing the date for submission. I request leave to submit my letter until Monday February 5th.

      Assistant U.S. Attorney Chelsea L. Chism advised that she has no objection to this request. She intends to submit her letter timely. The sentence is scheduled for February 14th and it is requested that the sentence proceed that day.

      This is my first request for an adjournment.

      Thank you for your consideration of this request.

                                          Respectfully yours,
                                          /s/
                                          Thomas F.X. Dunn

Cc: Chelsea Scism, Esq.
    Assistant U.S. Attorney
    (By ECF & email)