UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-                                   23 cr 471 (JGK)

DIAMANTE PERRY,
                    Defendant.
-------------------------------------------------------------X

       It is hereby ordered that Lisa Scolari, Esq., is appointed as counsel for the above-named

defendant, for all purposes, replacing Thomas F.X. Dunn, Esq.

**SO ORDERED.**

                                                  **JOHN G. KOELTL**
                                  **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        February 5, 2026