LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

May 14, 2026

Hon. John G. Koeltl
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: United States v. Diamante Perry,
23 Cr. 471 (JGK)

Your Honor,

I write to request an adjournment Mr. Perry's VOSR conference, currently scheduled for May 21, 2026 to a date in the middle of July, 2026. Sone of his state charges,  which are the basis for the violation, have yet to be resolved and are scheduled for July 14, 2026. The government, by Chelsea Scism Esq., consents to this request.

Respectfully,

*Lisa Scolari*

Lisa Scolari

SO ORDERED:

_____
HON JOHN G. KOELTL

ADJOURNED TO TUESDAY, JULY 28, 2026, AT 11:00AM.

SO ORDERED.

5/19/26