Case 1:23-cr-00471-JGK Document 61 Filed 07/25/26 Page 1 of 1

LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

July 25, 2026

Hon. John G. Koeltl
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: United States v. Diamante Perry,
23 Cr. 471 (JGK)

Your Honor,

I write to request an adjournment Mr. Perry's VOSR conference, currently scheduled for July 28, 2026 to a date in early November, 2026. One of Mr. Perry's state cases has yet to be resolved and although it is scheduled for September 4, 2026 he does not expect a resolution at that time. I will be on trial in E.D.N.Y. with a RICO murder during the month of October and therefore am requesting a November, 2026 date.

The government, by Chelsea Scism Esq., consents to this request.

ADJOURNED TO MONDAY, NOVEMER 9, 2026 AT 11:30AM.

Respectfully,
Lisa Scolari
Lisa Scolari

SO ORDERED:

John G. Koeltl
HON JOHN G. KOELTL
7/27/26