LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

August 8, 2026

Hon. John G. Koeltl
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: United States v. Diamante Perry,
23 Cr. 471 (JGK)

Your Honor,

I write to request that the Court authorize Pretrial Services to return Diamante Perry's passport. The surrender was a condition of his original pretrial release but is not a condition of his supervised release. Mr. Perry recognizes that he cannot travel while on supervised release but would appreciate the return of his passport.

Respectfully,
Lisa Scolari
Lisa Scolari

SO ORDERED:

HON JOHN G. KOELTL 8/10/26.