UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
UNITED STATES OF AMERICA,

23 cr 471 (JGK)

-against-

**ORDER**

DIAMANTE PERRY,

Defendant.
--------------------------------------------------------------X

Supervised release is hereby modified to include GPS location monitoring, plus a twelve-hour curfew; hours to be determined by the Probation Department depending on the defendant's work schedule.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
November 9, 2026